IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:11-CR-40-2H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HOMERO TAMEZ, ) | |
| ) | |
| Defendant ) | |

This matter is before the court on petitioner's pro se motion to reduce his sentence pursuant to § 404 the First Step Act of 2018 [DE #132]. Finding the First Step Act inapplicable to defendant, the motions is denied.

This 29th day of January 2020.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26